SEALED

E-FILED
Friday, 28 January, 2005  02:18:59 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>*Plaintiff* | ) | **WARRANT FOR ARREST** |
| | ) | |
| *vs* | ) | |
| | ) | **CASE NO. 02-20068-001** |
| **LARRY GROSE** | ) | |
| | ) | **FILED** |
| *Weeki Wachee FL  34606* | ) | |
| *Defendant* | ) | JAN 2 8 2005 |

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

TO:     THE U. S. MARSHAL and any
        AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest LARRY GROSE and bring him

forthwith to the nearest magistrate judge to answer a Petition for Offender Under Supervision charging him

with violation of conditions of supervised release in violation of Title 18, United States Code, Section 3606.

**DAVID G. BERNTHAL**
Name of Issuing Officer

**U.S. MAGISTRATE JUDGE**
Title of Issuing Officer

s/ David G. Bernthal
Signature of Issuing Officer

December 9, 2004          Urbana, IL
Date and Location

**Bail fixed at NONE.  To be determined at initial appearance.**

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at *Tampa, Florida* | | |
| Date Received 12/13/04 | Name of Arresting Officer *Ryan Barry* | Signature of Arresting Officer *JCarroll* |
| Date of Arrest 1/25/05 | Title of Arresting Officer *USM* | |