E-FILED
Friday, 11 February, 2005  02:23:10 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## Middle District of Florida
Office of the Clerk
United States Courthouse
Tampa, Florida 33602

Sheryl L. Loesch, Clerk
(813) 301-5460

John L. Buckles
Tampa Division Manager
(813) 301-5460

**CLERK, U.S. DISTRICT COURT**
**Central District of Illinois**
234 Paul Findley Federal Bldg and United States Courthouse
600 East Monroe St.
Springfild, IL  62701

> RE:  United States of America v. Larry Grose
> Our Case No.  8:05-mj-49-MSS
> Your Case No.  02-cr-20068-001

**FILED**
FEB 1 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Sir:

Enclosed herewith are the following documents in the above styled cause which has been transferred to your jurisdiction pursuant to rule 40:

(X)  Original Magistrate Judge case documents

( )  Certified file (pertinent papers only)

(X)  Bond paperwork consisting of order of release with special conditions

Kindly acknowledge receipt of this letter on the copy provided, indicating the case number assigned by your transferee district.

Very truly yours,

SHERYL L. LOESCH, CLERK

BY:  *Susan Saylor*

**Enclosures**.
*************************************************************************

*THE ABOVE FILE HAS BEEN RECEIVED AND ASSIGNED OUR CASE NUMBER:*

2/10/05                                            s/V. Ball
(Date)                                             (Signature)

# U.S. District Court
## Middle District of Florida (Tampa)
### CRIMINAL DOCKET FOR CASE #: 8:05-mj-00049-MSS-ALL
### Internal Use Only

Case title: USA v. Grose

Date Filed: 01/25/2005

Assigned to: Magistrate Judge Mary S. Scriven

**Defendant**

**Larry Grose** (1)
*TERMINATED: 01/26/2005*

represented by **James R. Hodes**
Federal Public Defender's Office
400 North Tampa St
Tampa, FL 33602
813/228-2562
Email: james_hodes@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

Violation of Supervised release

**Disposition**

**Plaintiff**

USA

represented by **Jeffrey S. Downing**
U.S. Attorney's Office
400 N. Tampa St., Suite 3200

Tampa, FL 33602
813/274-6000
Fax: 813/274-6103
Email: jeff.downing@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/2005 | 1 | Arrest - Rule 5(c)(2) of Larry Grose from Central District of Illinois on charges of Violation of Supervised release (mss) (Entered: 02/02/2005) |
| 01/25/2005 | 2 | Minute Entry for proceedings held before Judge Mary S. Scriven :INITIAL appearance as to Larry Grose held on 1/25/2005 (Tape #Digital recorded.) (mss) (Entered: 02/02/2005) |
| 01/25/2005 | 3 | Minute Entry for proceedings held before Judge Mary S. Scriven :BOND Hearing as to Larry Grose held on 1/25/2005 (Tape #Digital recorded.) (mss) (Entered: 02/02/2005) |
| 01/25/2005 | 4 | CJA 23 financial affidavit by Larry Grose (mss) (Entered: 02/02/2005) |
| 01/26/2005 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Larry Grose . Signed by Judge Mary S. Scriven on 1/26/2005. (mss) (Entered: 02/02/2005) |
| 01/26/2005 | 6 | ORDER of removal pursuant to rule 5(c)(2) to District of Central District of Illinois as to Larry Grose. Signed by Judge Mary S. Scriven on 1/26/2005. (mss) (Entered: 02/02/2005) |
| 01/27/2005 | 7 | ORDER Setting Conditions of Release as to Larry Grose (1) Same terms & conditions previously set with special condition of electronic monitoring. Signed by Judge Mary S. Scriven on 1/25/2005. (mss) (Entered: 02/02/2005) |
| 02/02/2005 | 8 | TRANSFER Rule(5)(c) to Central District of Illinois as to Larry Grose (mss) (Entered: 02/02/2005) |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

### CLERK'S MINUTES

CASE NO. 8:05-mj-49-MSS                DATE: January 25, 2005

HONORABLE MARY S. SCRIVEN              INTERPRETER : N/A
                                       LANGUAGE

UNITED STATES OF AMERICA               Jeff Downing
                                       Government Counsel
v.

LARRY GROSE                            Jim Hodes, AFPD
Defendant                              Defense Counsel

COURT RPTR/TAPE: Digital recorded      DEPUTY CLERK   Susan Saylor

TIME: 2:25 - 3:05          TOTAL       COURTROOM   10A

PROCEEDINGS: INITIAL APPEARANCE / DETENTION OR BOND HEARING

| | |
|---|---|
| X | Deft provided w/copy of Petition of VOP from the Central District of Illinois |
| X | ARREST DATE: 1/25/05 |
| X | Court summarized charges |
| X | Court advises of Deft's Rule 5 rights |
| X | Financial Affidavit submitted for approval |
| X | FPD appointed for all purposes including trial |
| X | Govt position on release or detention: Detention |
| X | USPO Officer on background report |
| X | Deft comments on background report |

X   Court: Orders that the deft release on same terms and conditions previously set and special condition set forth.
   - Residence/travel restricted to Middle District of Florida except to travel to the Central District of Illinois
   - Shall have no person to person contact with his spouse

X   Deft waives Preliminary Examination / identity hearing

X   Final revocation hearing to be set upon separate notice in the Central District of Illinois.

2+3

# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)
IN THE CASE OF _____ VS. _____  FOR _____ AT _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): **Larry J. Grose**  .1773

- 1 ☒ Defendant – Adult
- 2 ☐ Defendant – Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: **05-mj-49-mss**
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☒ Misdemeanor
**VOP**

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☐ No  ☒ Am Self Employed
- Name and address of employer: ~~(scratched out)~~  **Weeki Wachee Fla. 34603**
- IF YES, how much do you earn per month? $ **open**
- IF NO, give month and year of last employment _____
- How much did you earn per month? $ _____
- If married is your Spouse employed? ☒ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ **N/A**
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ **N/A**

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
  - RECEIVED: _____
  - SOURCES: **14,600**  **11,900**  **14,600**

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
  - VALUE: $ **86,000**  **Home**
  - DESCRIPTION: **$86,000 pd off Smlth sinkhole**

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS:
  - ☐ SINGLE
  - ☐ MARRIED
  - ☐ WIDOWED
  - ☒ SEPARATED OR DIVORCED
- Total No. of Dependents: **4**
- List persons you actually support and your relationship to them:
  - **Heather N. Grose**
  - **Cynthia F. Grose**
  - **Samantha J. Grose (Father)**
  - **Brandon J. Grose**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| 600⁰⁰ | child support | $ | $ |
| 125⁰⁰ | ins. | $ | $ |
| 400⁰⁰ | food | $ | $ |
| 200⁰⁰ | gas | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **2/ /05**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X **Larry J. Grose**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.  Case No. 8:05-mj-49-MSS

LARRY GROSE,

Defendant.
_____/

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

Because the above named Defendant has testified under oath or has otherwise satisfied this Court that he is financially unable to employ counsel, and does not wish to waive counsel, and because the interests of justice so require, it is,

**ORDERED** that the Federal Public Defender is appointed to represent Larry Grose, defendant in this case.

**Done and Ordered** in Tampa, Florida this 26th day of January, 2005.

Copies furnished to:
Assistant United States Attorney
Assistant Federal Public Defender
U.S. Probation

s/ Mary S. Scriven

MARY S. SCRIVEN
United States Magistrate Judge

5

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                      Case No. 8:05-m-49-MSS

**LARRY GROSE**

_____/

## ORDER OF RELEASE

For the reasons stated at the hearing, the Court ORDERS as follows:

1. That the United States Marshal is hereby directed to release the above-named defendant upon his/her agreement, in writing, to comply with the following conditions of release. This order is entered upon the Court's finding that there are conditions that will assure the Defendant's presence in court. The Court has set the conditions of release as set forth below.

Done and Ordered in Tampa, Florida, this 25th day of January, 2005.

s/ Mary S. Scriven

MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

## CONDITIONS OF RELEASE

1. The defendant must appear before the Court in accordance with all notices.

2. The defendant must not, at any time, for any reason whatsoever, leave the Middle District of Florida except to travel to the Central District of Illinois to answer to charges without first obtaining written permission of the United States District Court for the Middle District of Florida, Tampa Division.

3. The defendant must not change his/her present address without first advising, in writing, the United States Probation Office for the Middle District of Florida, Tampa Division.

4. The defendant shall not commit a federal, state or local crime during the period of his/her release. The defendant shall inform the Pre-Trial Services Agency immediately if arrested or otherwise charged with any offense. The defendant is specifically advised that federal law prohibits conduct relating to intimidation of witnesses, jurors and officers of the Court (18 U.S.C. 1503); conduct relating to obstruction of criminal investigations (18 U.S.C. 1510); conduct involving tampering with witnesses, victims or informants (18 U.S.C. 1512); and conduct involving retaliation against a witness, victim or informant (18 U.S.C. 1513), as well as attempts to commit any of the foregoing acts.

5. **SPECIAL CONDITIONS:** The Defendant shall:

   - participate in the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the United States Probation Office or supervising officer.

     - Home Detention. Unless otherwise pre-approved by the United States Probation Office or your supervising officer. You are restricted to your residence everyday from 6:00 p.m., to 6:00 a.m.

   - Defendant must not have any person to person contact with his spouse.

   - All previous order setting conditions of release remain in full effect.

2

6. A violation of any of the above conditions may result in the immediate issuance of a warrant for the defendant's arrest and may result in a forfeiture of the bond previously given.

   Further, upon re-arrest, the defendant may be detained in jail without the setting of new conditions of release.

   Moreover, a person who violates his/her conditions of release may be prosecuted for contempt of Court.

7. A defendant commits a separate offense against the laws of the United States if, after having been released under these conditions of release, he/she knowingly fails to appear before a Court as required by the conditions of release, or knowingly fails to surrender for service of a sentence pursuant to a court order. If a person fails to appear in connection with --

   (a) an offense punishable by death, life imprisonment or imprisonment for a term of 15 years or more, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than 10 years, or both;

   (b) an offense punishable by imprisonment for a term of five or more years, but less than 15 years, the penalties for failure to appear are a fine of not more than $250,000, or imprisonment for not more than five years, or both;

   (c) any other felony, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than two years, or both;

   (d) a misdemeanor, the penalties for failure to appear are a $100,000 fine (if the offense occurred after November 1, 1987), or a $25,000 fine (if the offense occurred before November 1, 1987), or imprisonment for not more than one year, or both.

At the present time, the charge in this case involves penalties which equal or exceed the penalty set forth in subparagraph (d), and therefore, the penalties for failure to appear are those conditions in that subparagraph.

Any term of imprisonment imposed for failure to appear is required by law to be consecutive to the sentence of imprisonment for any other offense.

3

8. Furthermore, federal law provides that a person convicted of an offense which is committed while the defendant is released under these conditions of release shall be sentenced, in addition to the sentence prescribed for the offense, to a term of imprisonment of not more than 10 years if the offense is a felony; or a term of not more than one year, if the offense is a misdemeanor. Any term of imprisonment imposed pursuant to this provision of law is to be consecutive to any other term of imprisonment.

## ACKNOWLEDGMENT BY DEFENDANT

I acknowledge that I have read the above or that the above has been read to me and that I fully understand the conditions of my release or admission to bail and the possible penalties for the violation of any of those conditions.

I further acknowledge that I have been given a copy of this instrument, as well as a copy of the bail bond to which it is attached.

Signed in Tampa, Florida, this _25_ day of January 2005.

_____      _____
WITNESS                              DEFENDANT

Defts address: _____
_Weeki Wachee Fl 34613_

1. The Middle District of Florida consists of the following Florida counties: Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Madison, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwanee, Union and Volusia.

2. The telephone numbers and mailing address for the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, are: (813) 301-5400; and 801 North Florida Avenue, Second Floor, United States Courthouse, Tampa, FL 33602.

3. The telephone number of the United States Marshal's Office for the Middle District of Florida, Tampa Division, is: (813) 228-2146.

4

4. The telephone number and mailing address of the United States Attorney for the Middle District of Florida, Tampa Division, are: (813) 274-6000; and Park Tower, Suite 3200, 400 North Tampa Street, Tampa, FL 33602.

5. The telephone number and address of the United States Pre-Trial Services Agency, Tampa Division, are: 113 Federal Building, 500 Zack Street, Tampa, FL 33601; and (813) 225-7648 (or 1 (800) 676-0125).

6. The telephone number and address of the United States Probation Office for the Middle District of Florida, Tampa Division, are: (813) 228-2901; and 501 East Polk Street, Room 900, Tampa, Florida 33602.

7. <u>NOTICE TO COUNSEL AND DEFENDANT</u>: In cases assigned to United States Magistrate Judge Mary S. Scriven, any requests to travel outside the area set forth in this document must be submitted in a written motion with a proposed order at least three (3) days prior to the date upon which travel is expected to begin. Failure to comply with this requirement will result in automatic denial of the request unless a showing is made that an actual emergency situation exists, such as serious illness in the family.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                          Case No: 8:05-mj-49-MSS

LARRY GROSE

ORDER OF REMOVAL

The defendant, Larry Grose having been apprehended in the Middle District of Florida, Tampa Division, on a warrant issued in the Central District of Illinois, and subsequently having been released on bond, the Defendant is hereby

ORDERED to personally appear in the United States District Court for the Central District of Illinois, at 234 Paul Findley Federal Building and United States Courthouse, located at 600 East Monroe Street, for an final revocation hearing upon Notice from that Court.

DONE and ORDERED at Tampa, Florida this 26th day of January, 2005.

s/ Mary S. Scriven
MARY S. SCRIVEN
United States Magistrate Judge

Copies to:
   Counsel of Record
   Deft:
   U.S. Pretrial Services
   U.S. Marshal