E-FILED
Thursday, 24 March, 2005  11:16:14 AM
Clerk, U.S. District Court, ILCD

| CDIL PROB 22 (Rev. 4/97) | | DOCKET NUMBER *(Tran. Court)* 02-20068 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 8 05CR 108-T30  TGW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION Urbana |
|---|---|---|
| Larry Grose | NAME OF SENTENCING JUDGE | |
| Weeki Wachee, FL 34606 | David G. Bernthal | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 1/3/03 — TO 1/2/05 |

**OFFENSE**

Transporting Wildlife in Interstate Commerce

FILED
MAR 24 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_February 22, 2005_
Date

s/ David G. Bernthal
David G. Bernthal
United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_3-17-05_
Effective Date

s/ Thomas G. Wilson
United States ~~District Judge~~ Magistrate Judge