

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217.373.5830
FAX: 217.373.5834

March 24, 2005

U.S. District Court
Attn: Criminal Division
501 East Polk Street, Room 900
Tampa, FL  33602-3945

RE: USA v LARRY GROSE
CD/IL Urbana Case #02-20068-01
MD/FL Tampa Case #8:05CR108- T30 TGW

Dear Clerk:

On  3/24/2005 , an order by the Honorable  David G. Bernthal , U.S. **Magistrate Judge** was entered transferring the above-mentioned case from this District Court to the U.S. District Court, to the Middle District of Florida .

Enclosed are:
Certified copies of: Information (#1), Judgment (#11), Release and Satisfaction of Monetary Judgment (#13), Petition for Warrant (#14), Warrant (#16), and Transfer of Jurisdiction (#18).

Also enclosed is a certified copy of the docket sheet. This court is using the electronic filing system. You may access our electronic case file at the following address: http://ecf.ilcd.uscourts.gov to obtain the remaining documents. We have assigned a login and password for district courts to use in accessing this information. The login is: ▮▮▮▮ and the password is: ▮▮▮▮ This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

Please acknowledge receipt of the docket by returning a copy of this letter.

Very truly yours,

John M. Waters, Clerk

By s/ K. Marsh
         Deputy Clerk

Receipt Acknowledged on:_____

By:_____