E-FILED
Friday, 01 April, 2005 02:49:48 PM
Clerk, U.S. District Court, ILCD

CDIL PROB 22
(Rev. 4/97)

# TRANSFER OF JURISDICTION

| | | DOCKET NUMBER (Rec. Court) |
|---|---|---|

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION Urbana |
|---|---|---|
| Larry Grose<br>7148 Lykes St.<br>Weeki Wachee, FL 34606 | NAME OF SENTENCING JUDGE<br>David G. Bernthal | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 1/3/03 — TO 1/2/05 |

**OFFENSE**

Transporting Wildlife in Interstate Commerce

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

February 22, 2005
Date

s/ David G. Bernthal
David G. Bernthal
United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3-22-05
Effective Date

s/ Thomas G. Wilson
United States ~~District Judge~~ Magistrate Judge

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: _____
Deputy Clerk