**E-FILED**
Thursday, 11 August, 2005  11:57:32 AM
Clerk, U.S. District Court, ILCD

**RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION
AND STATEMENT OF REASONS**

Case Name:   US vs Larry Grose

Case Number:  02-20068-01

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-sentence Report, Sentencing Recommendation and Statement of Reasons were returned to the U.S. Probation Office on _____August 11, 2005_____.
                              (Date)

                              Received by:

                                s/J. Newlin
                              _____
                                U.S. Probation Office